**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 28 2025
KHS
MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 25-1768 DHU |
| ) | |
| vs. ) | 18 U.S.C. §§ 7 and 1112: Involuntary |
| ) | Manslaughter. |
| **JOEY MARTIN**, ) | |
| ) | |
| Defendant. ) | |

# INDICTMENT

The Grand Jury charges:

On or about July 3, 2024, in the territorial jurisdiction of the United States, in McKinley County, in the District of New Mexico, the defendant, **JOEY MARTIN**, unlawfully killed John Doe by operating a motor vehicle without due caution and circumspection and with a wanton and reckless disregard for human life when he knew and should have known that his conduct imperiled the lives of others.

In violation of 18 U.S.C. §§ 7 and 1112.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

[signature]
Assistant United States Attorney